1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6             **DISTRICT OF NEVADA**
7
8   JOHN MEGGS,
9      Plaintiff,                 Case No. 2:14-CV-01192-KJD-GWF
10   v.                              **ORDER**
11   MRC I FUNDING CORPORATION,
12      Defendant.
13

14        Presently before the Court is Defendant's Motion to Dismiss (#17) filed September 19, 2014.

15 On September 29, 2014, Plaintiff filed his first amended complaint in compliance with Federal Rule

16 of Civil Procedure 15(a)(1)(B) which allows a party to amend a complaint once as a matter of course

17 within twenty-one (21) days of the filing of a motion under Rule 12(b).  Defendant filed an answer to

18 the amended complaint on October 17, 2014.

19        Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (#17) is

20 **DENIED as moot**.

21        DATED this 31st day of October 2014.

22
23
24                                _____
                               Kent J. Dawson
25                                United States District Judge
26